**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SCITEC, INC.,<br>    Plaintiff,<br>v.<br>BITTEL USA, INC.,<br>    Defendant. | Case No. SACV 07-1449 AG (ANx)<br>**ORDER OF DISMISSAL WITH PREJUDICE**<br>The Hon. Andrew J. Guilford<br>Crtrm.: 10D |

Pursuant to Federal Rule of Civil Procedure 41(a) and the stipulation of Plaintiff Scitec, Inc. and Defendant Bittel, Inc. by and through their counsel of record, IT IS HEREBY ORDERED that all claims and defenses asserted in this action are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Date: February 24, 2009

_____
The Honorable Andrew J. Guilford
United States District Judge

Case No. SACV07-1449 AG (ANx)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. SACV07-1449 AG (ANx)